**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CAROL G. WATKINS, individually and
on behalf of Marvin S. Watkins, Deceased**                                **PLAINTIFF**

**vs.**                                **3:06CV00086-WRW**

**MERCK & CO., INC.**                                **DEFENDANT**

<u>**ORDER**</u>

Pending is Defendant's Motion to Stay Proceedings (Doc. No. 5).

This is a products liability action involving VIOXX.  Defendants notified the Judicial

Panel on Multidistrict Litigation that this case should be transferred to the VIOXX multidistrict

proceeding (MDL 1657) pending in the United States District Court for the Eastern District of

Louisiana.

For good cause shown, the Motion to Stay Proceedings is GRANTED.  The stay is only

in effect until the MDL panel issues its resolution.  Accordingly, all proceedings in this Court are

stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to

whether this case is to be transferred to the ongoing MDL proceeding.

IT IS SO ORDERED this 1st day of June, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE